June 17, 1968.

No. 17, Orig.   NEBRASKA v. IOWA.

IT IS ORDERED that the Honorable Charles J. Vogel,
Senior Judge of the United States Court of Appeals for
the Eighth Circuit, be, and he is hereby, appointed Spe-
cial Master in this case in the place of the Honorable
Walter L. Pope, resigned.   The Special Master shall have
the authority to fix the time and conditions for the filing
of additional pleadings and to direct subsequent proceed-
ings, and with authority to summon witnesses, issue sub-
poenas, and take such evidence as may be introduced
and such as he may deem it necessary to call for.   The
Master is directed to submit such reports as he may deem
appropriate.

The Master shall be allowed his actual expenses.   The
allowances to him, the compensation paid to his tech-
nical, stenographic, and clerical assistants, the cost of
printing his report, and all other proper expenses shall
be charged against and be borne by the parties in such
proportion as the Court hereafter may direct.

IT IS FURTHER ORDERED that if the position of Special
Master in this case becomes vacant during a recess of the

Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court herein.

[For earlier orders herein, see, e. g., 380 U. S. 968.]